IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARK KNOX,                )    | |
|     )    | |
|     Plaintiff,           )    | |
|     )    | CIVIL ACTION NO. |
|     v.                    )    | 2:23cv704-MHT |
|     )    | (WO) |
| MEDTRONIC PLC, Medical    )    | |
| Device Company,           )    | |
|     )    | |
|     Defendant.           )    | |

OPINION

Plaintiff filed this lawsuit claiming that defendant's employee harmed him by intentionally setting his insulin pump at the wrong level and by defaming him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted on the ground of lack of personal jurisdiction and otherwise denied as moot, and that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of September, 2025.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**