IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARK KNOX,                      )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )        2:23cv704-MHT
                                )            (WO)
MEDTRONIC PLC, Medical          )
Device Company,                 )
                                )
     Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 38) is adopted.

(2) Defendant's motion to dismiss (Doc. 27) is granted based on lack of personal jurisdiction over the defendant, and is otherwise denied as moot.

(3) This lawsuit is dismissed without prejudice for lack of personal jurisdiction.

It is further ORDERED that costs are taxed against

plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of September, 2025.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE